# Court of Appeals
# of the State of Georgia

ATLANTA,￼February 17, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0845. JAVON ANTHONY TRUSS v. THE STATE.**

In November 2010, Javon Anthony Truss pled guilty as a first offender to multiple counts of theft and burglary. He was sentenced to a prison term followed by probation. In April 2014, Truss's probation was revoked, and the trial court re-sentenced Truss to eighteen years for the theft and burglary counts.[1]

In December 2015, Truss filed a "Motion to Correct a Void Sentence," arguing that the trial court erred in revoking his probation and for failing to give him credit for time served. The trial court denied the motion, and Truss filed this appeal.

Because the underlying subject matter of Truss's appeal is the revocation of his "first offender" probation, he was required to file an application for discretionary appeal in order to obtain review in this Court. See OCGA § 5-6- 35 (a) (5); *Jones v. State*, 322 Ga. App. 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105 (485 SE2d 214) (1997). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] A trial court may increase the sentence originally imposed following revocation of first offender status. See *Kaylor v. State*, 312 Ga. App. 633, 637 (2) (719 SE2d 530) (2011).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*___02/17/2016___
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*